IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATTHEW WHITFIELD,<br><br>    Plaintiff,<br><br>v.<br><br>SELECT BANCORP, INC., J. GARY CICCONE, JAMES H. GLEN, JR., ALICIA SPEIGHT HAWK, GERALD W. HAYES, WILLIAM L. HEDGEPETH II, RONALD V. JACKSON, JOHN W. MCCAULEY, CARLIE C. MCLAMB, JR., V. PARKER OVERTON, SHARON L. RAYNOR, K. CLARK STALLINGS, and W. LYNDO TIPPETT,<br><br>    Defendants. | Case No. 2:21-cv-04033-MSG |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses this action ("Action") with prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated:  September 29, 2021

                                            **GRABAR LAW OFFICE**

                                      By: _____
                                            Joshua H. Grabar (#82525)
                                            One Liberty Place
                                            1650 Market Street, Suite 3600
                                            Philadelphia, PA 19103
                                            (267) 507-6085
                                            jgrabar@grabarlaw.com

                                            *Counsel for Plaintiff*